B0015-119

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-01980-MCF |
| EDGAR AGOSTO RODRIGUEZ | CHAPTER 13 |
| DEBTOR | |

BANCO POPULAR DE PUERTO RICO

MOVANT

v.

EDGAR AGOSTO RODRIGUEZ

JOSE RAMON CARRION MORALES
CHAPTER 13 TRUSTEE

RESPONDENTS

### MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

BANCO POPULAR DE PUERTO RICO ("Banco Popular"), through its undersigned counsel, respectfully alleges, states and prays:

1.     Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (01) and/or 11 U.S.C. §362 (d)(2).

2.     On March 14, 2016, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3.     Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $92,771.00 bearing interest at 4.50% per annum, due on May 2041. See **Exhibit A**

4.     On April 26, 2016, Banco Popular filed a secured claim, with a proof of lien, in the amount of $101,993.90 for loan number xxxxxx8410, with pre-petition arrears of $9,222.90, encumbering Debtor(s)' real property. See **Claims Register No. 3.**

RE: EDGARDO AGOSTO RODRIGUEZ – (16-01980)
Motion for Relief from Stay

5.     Since the filing date, Debtor's account has accumulated Post-Petition arrears of $2,963.52 as described in **Exhibit B** of this motion, in the verified statement entitling this Honorable Court to grant Banco Popular relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6.     Respondent is the duly-appointed Chapter 13 Trustee.

7.     Debtor(s)' residence lacks equity and is not necessary to an effective reorganization.

8.     Movant argues that considering what us here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), _supra_, since debtor has failed to make post-petition payments accordingly.

9.     As shown from the attached certification(s), Debtor(s) is/are not eligible for the protections of the Servicemen's Civil Relief Act of 2003. See **Exhibit C**.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting Banco Popular relief from the automatic stay.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the _Motion for Relief from Stay_ was electronically filed by Banco Popular, using the CM/ECF System, which will send a notification to the Chapter 13 Trustee and to the debtor(s)' attorney. In addition, a copy of the _Motion for Relief from Stay_ was sent by Banco Popular, to the debtor(s)' address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on the 9th day of November, 2016.

**BERMUDEZ DIAZ & SANCHEZ, LLP**
**Attorneys for Banco Popular**
Ochoa Building, Suite 200
500 De La Tanca Street
San Juan, Puerto Rico 00901
Tel. (787) 523-2670
FAX. (787) 523-2664

s/ REGGIE DÍAZ-HERNÁNDEZ
**REGGIE DÍAZ-HERNÁNDEZ**
USDC PR No. 224908
E-mail: rdiaz@bdslawpr.com


S/ JOSÉ J. SÁNCHEZ-VÉLEZ
**JOSÉ J. SÁNCHEZ-VÉLEZ**
USDC PR No. 214606
E-mail: jsanchez@bdslawpr.com

## STATEMENT OF ACCOUNT

| DEBTOR: | EDGAR AGOSTO RODRIGUEZ | BPPR NUM: | xxxxxx8410 |
|---|---|---|---|
| BANKRUPTCY NUM: | 16-01980 | FILING DATE: | 03/14/16 |

### SECURED LIEN ON REAL PROPERTY

| | | | |
|---|---|---|---|
| Principal Balance as of | 11/01/15 | | 103,582.08 |
| Accrued Interest from | 10/01/15   to   11/30/16 | | 5,350.79 |
| Interest:   4.500% | Accrued num. of days:   419 | Per Diem:   12.770393 | |

**Monthly payment to escrow**

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Flood | $0.00 | Life | $0.00 | | | | |
| Total montly escrow | | | $0.00 | Months in arrears   14 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 876.31 |
| | | | | | Proyected Late Charges: | 0.00 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | Escrow Advance | $314.09 | 1,836.11 |
|---|---|---|---|---|---|---|---|---|
| Other | $1,477.02 | | | | | | | |
| Legal Fees: | | | | | | | | 375.00 |
| Total Estimate due as of | 11/30/16 | | | | | | | 112,020.29 |

### AMOUNT IN ARREARS

| PRE-PETITION AMOUNT: | | | |
|---|---|---|---|
| 10   payments of | $621.00 | each one | 6,210.00 |
| acummulated lated charges | | | 801.79 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | Escrow Advance | $314.09 | 1,836.11 |
|---|---|---|---|---|---|---|---|---|
| Other | $1,477.02 | | | | | | | |
| Legal Fees: | | | | | | | | 375.00 |
| | | | | | | A = TOTAL PRE-PETITION AMOUNT | | 9,222.90 |

| POST-PETITION AMMENDED: | | | |
|---|---|---|---|
| 0   payments of | $0.00 | each one | 0.00 |
| Late Charge | | | 0.00 |
| Post Petition Legal Fees | | | 0.00 |
| | | B = TOTAL POST-PETITION AMOUNT | 0.00 |

| POST-PETITION AMOUNT: | | | |
|---|---|---|---|
| 3   payments of | $621.00 | each one | 1,863.00 |
| Late Charge | | | 74.52 |
| Post Petition Legal Fees | $1,026.00 | | 1,026.00 |
| | | C = TOTAL POST-PETITION AMOUNT | 2,963.52 |
| | | TOTAL AMOUNT IN ARREARS | 12,186.42 |

### OTHER INFORMATION

| Next pymt due | 11/01/15 | Interest rate | 4.500% | P & I | $540.37 | Monthly late charge | $24.84 |
|---|---|---|---|---|---|---|---|
| Investor | Banco Popular de Puerto Rico | Property address | | J-29 URB. JARDINES DE YABUCOA YABUCOA PR, 00767 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

_L. Oxteu_

**BANCO POPULAR DE PUERTO RICO**

11/07/16

DATE

SACCTFHA   Liliana Castro

**ALLONGE**

NÚMERO DE PRESTAMO: 07-1709766

CANTIDAD ORIGINAL: $92,771.00

    Conforme a la Escritura Número **334** de Modificación de Hipoteca, otorgada en esta misma fecha ante el Notario suscribiente, por la presente nota se modifica el Pagaré suscrito por **EDGARDO AGOSTO RODRIGUEZ**, otorgado el día 15 de febrero de 2007, ante la Notario Público Sheila E. Santos Camacho:

    **a)** la suma principal adeudada será de $97,191.93;

    **b)** el interés anual será de 5.125% anual;

    **c)** el pago mensual de principal e interés será de $529.20;

    **d)** la fecha del primer pago será el 1ro de junio de 2011; y la fecha del último pago será el día 1ro de mayo de 2041;

    **e)** el término del préstamo será de 30 años, o sea, 360 pagos;

    **f)** El pagaré antes relacionado y la hipoteca que lo garantiza, quedan por virtud de la presente Escritura de Modificación, ampliados por la cantidad de $4,420.93.

    **PARA QUE ASI CONSTE**, firmamos la presente en San Juan, Puerto Rico, a los 18 días del mes de mayo del año 2011.

_____
**EDGARDO AGOSTO RODRIGUEZ**
t/c/c **Edgar Agosto Rodríguez**
Deudor

_____
NOTARIO PUBLICO



**ALLONGE**

| | |
|---|---|
| **LOAN NUMBER** | 949409-0 |
| **NOTE AMOUNT** | 92,771.00 |
| **INTEREST RATE** | 6.0000 |
| **LOAN DATE** | 02/15/07 |
| **BORROWER NAME** | EDGAR AGOSTO RODRIGUEZ |
| **PROPERTY ADDRESS** | J-29 JARDINES DE YABUCOA |
| | YABUCOA              .PR 00767- |

PAY TO THE ORDER OF
R. & G. MORTGAGE CORP.

WITHOUT RECOURSE
SANTANDER MORTGAGE CORPORATION

PAY TO THE ORDER OF

WITHOUT RECOURSE
R&G MORTGAGE CORPORATION
BY:
Lucinda Ruiz de Santiago
Assistant Vice President

CERTIFICO que en la misma fecha de su otorgamiento expedí PRIMERA COPIA CERTIFICADA de esta escritura a favor de Banco Popular De Puerto Rico. DOY FE.——————

NOTARIO PUBLICO



ESCRITURA NUMERO TRESCIENTOS TREINTA Y CUATRO (334)

———————— ESCRITURA DE MODIFICACION——————
———————————Y AMPLIACION DE HIPOTECA —————————

--- En la ciudad de San Juan, Estado Libre Asociado de Puerto Rico, hoy día dieciocho (18) de mayo del año dos mil once (2011). -------------------------

--------------------- ANTE MI ---------------------

---- **NESTOR MACHADO CORTES**, Abogado y Notario Público en y para todo el Estado Libre Asociado de Puerto Rico, con estudio notarial abierto en la oficina doscientos dos (202) en el número trescientos uno (301) de la Calle Recinto Sur, Viejo San Juan, Puerto Rico, con vecindad y residencia en la ciudad de Toa Alta, Puerto Rico.--
------------------ COMPARECEN ---------------------

--- DE LA PRIMERA PARTE: EDGARDO AGOSTO RODRIGUEZ, **también conocido como Edgar Agosto Rodríguez**, mayor de edad, soltero, propietario y vecino de Yabucoa, Puerto Rico, en adelante denominado "EL DEUDOR HIPOTECARIO". -------------------------------------

--- Y DE LA SEGUNDA PARTE: BANCO POPULAR DE PUERTO RICO, un banco debidamente organizada y existente al amparo de las leyes del Estado Libre Asociado de Puerto Rico, representado en este acto por **CARLOS ANTONIO NEGRON ROSARIO**, también conocido como Charlie Negrón, mayor de edad, casado, ejecutivo y residente de Guaynabo, Puerto Rico, según establece el Certificado de Resolución Corporativa con fecha de catorce (14) de enero de dos mil once (2011), número de afidávit dos mil seiscientos treinta (2,630), ante la Notario Público Estela Martínez de Miranda, cuyas facultades acreditará donde y cuantas veces fuere menester, en adelante denominado "ACREEDOR HIPOTECARIO". ----------------

07-1709766   665.108  HUMACAO                    1

-------------------- **DOY FE** --------------------

--- Por los dichos de los comparecientes y mi creencia, yo, el Notario autorizante, DOY FE de todas las circunstancias personales y vecindad de los comparecientes y DOY FE de conocer personalmente a todos los comparecientes. Estos me aseguran tener, y a mi juicio tienen, sin que nada me conste en contrario, la capacidad legal necesaria para este otorgamiento, y en tal virtud, libre y voluntariamente,--------------------------

-------------------- **EXPONEN** --------------------

--- **PRIMERO:** Que el día quince (15) de febrero de dos mil siete (2007), el DEUDOR HIPOTECARIO otorgó y suscribió un pagaré (en adelante 'El PAGARE') a favor de **SANTANDER MORTGAGE CORPORATION**, o a su orden, por la suma principal de noventa y dos mil setecientos setenta y un dólares ($92,771.00), el cual devenga intereses al seis (6%) porciento anual.-------------------------------------------

--- **SEGUNDO:** Que para garantizar el pago de la obligación evidenciada por 'EL PAGARE', se constituyó una Primera Hipoteca (en adelante 'LA HIPOTECA') mediante la escritura número sesenta y uno (61), otorgada en San Juan, Puerto Rico, ante la Notario Público Sheila E. Santos Camacho, en la misma fecha de 'EL PAGARE', (la obligación perfeccionada con el PAGARE y la HIPOTECA se denominará como el PRESTAMO HIPOTECARIO) sobre el siguiente inmueble:-------------------------------

--- **"URBANA:** Solar marcado con el número veintinueve (29) del Bloque 'J' en el plano de inscripción de la Urbanización Jardines de Yabucoa, radicado en el Barrio Juan Martín del Término municipal de Yabucoa, Puerto Rico, con una cabida superficial de doscientos cincuenta punto veinte metros cuadrados. En lindes por el NORTE, en distancia de once punto once (11.11) metros lineales, con la Calle número nueve (9) de la Urbanización; por el ESTE, en distancia de



veintidós punto cincuenta y dos (22.52) metros lineales, con el lote número 'J' guión treinta (J-30) de la misma Urbanización y por el OESTE, en distancia de veintidós punto cincuenta y dos (22.52) metros lineales, con el lote número 'J' guión veintiocho (J-28) de la misma Urbanización. Enclava una casa. Afecta en su colindancia SUR, servidumbre telefónica de cinco (5) pies de ancho.

--- La antes descrita propiedad consta inscrita al folio 217 del tomo 283 de de Yabucoa, Registro de la Propiedad de Humacao, Finca número 17,630.------

--- **TERCERO:** Según un Estudio de Título realizado por una firma independiente LA HIPOTECA se consta inscrita al folio 217 del tomo 283 de de Yabucoa, Registro de la Propiedad de Humacao, Finca número 17,630, segunda (2da) inscripción.--------------

--- **CUARTO:** Manifiesta y representa el ACREEDOR HIPOTECARIO que 'EL PAGARE' no ha sido negociado, cedido o de ninguna manera transferido, siendo todavía el ACREEDOR HIPOTECARIO su actual tenedor y dueño por endoso.------------------------------

--- **QUINTO:** Las partes comparecientes acuerdan modificar, y por la presente modifican, EL PAGARE y la escritura de HIPOTECA de la forma siguiente:----

----- **a)** la suma principal adeudada será de noventa y siete mil ciento noventa y un dólares con noventa y tres centavos ($97,191.93).--------------------

------ **b)** el interés anual será de cinco punto uno dos cinco porciento (5.125%) anual;---------

----- **c)** el pago mensual de principal e interés será de quinientos veintinueve dólares con veinte centavos ($529.20).----------------------------

------ **d)** la fecha del primer pago será el primero (1ro) de junio de dos mil once (2011), y la fecha del último pago será el día primero (1ro) de mayo de dos mil cuarenta y uno (2041);----------

----- **e)** el término del préstamo será de treinta (30) años, o sea, trescientos sesenta (36)



pagos;------------------------------------
digo, trescientos sesenta (360) pagos;------------
-------- **f)**. El tipo mínimo para la primera subasta

en caso de ejecución será la cantidad indicada en

el **"PARRAFO QUINTO a)"** del presente instrumento. --

--- **SEXTO:** Las partes acuerdan que las demás

cláusulas y condiciones contenidas tanto en 'EL

PAGARE' como en 'LA HIPOTECA', continúan vigentes y

en todo vigor y que la presente modificación no

representa la NOVACION de los términos y

condiciones en 'EL PAGARE' como en 'LA HIPOTECA'.--

--------------**AMPLIACION DE HIPOTECA**--------------

--- **SEPTIMO:** Conforme a la ejecución de la presente

Modificación, la suma principal fue ampliada por la

cantidad de cuatro mil cuatrocientos veinte dólares

con noventa y tres centavos ($4,420.93), el

ACREEDOR HIPOTECARIO amplía la hipoteca en la misma

cantidad.   Por tal razón solicita al (a la)

Honorable Registrador (a) de la Propiedad que se

sirva tomar razón de la ampliación de LA HIPOTECA y

haga la anotación correspondiente en los libros a

su digno cargo.------------------------------------

---- Yo, el Notario, CERTIFICO que adjunté un

"ALLONGE" conteniendo los referidos cambios al 'EL

PAGARE' el cual contiene mi firma y mi sello

notarial.------------------------------------------

---- Yo, el Notario, CERTIFICO haber tenido ante mí



'EL PAGARE', habiéndolo identificado por su texto,

y de haberle adherido al mismo una nota de

modificación ("ALLONGE"), bajo mi firma y sello

notarial, a los efectos de los cambios que surgen

del otorgamiento de esta escritura y que luego lo

devolví al ACREEDOR HIPOTECARIO para su custodia.--

--------------------------------------------------

--------------------------------------------------

----------------- **ACEPTACION** -----------------

--- Los comparecientes aceptan esta escritura en todas sus partes y en la misma se ratifican por hallarla redactada de conformidad con sus deseos e instrucciones, y por reflejar adecuadamente sus acuerdos. ---------------------------------------

----------------- **ADVERTENCIAS** -----------------

--- Yo, el Notario autorizante, les hice a los comparecientes todas las reservas y advertencias legales pertinentes aplicables a este otorgamiento, incluyendo el derecho de requerir la presencia de testigos, a cuyo derecho renunciaron.---------------

-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------



-------------- **LECTURA Y OTORGAMIENTO** ------------

--- Tal es la escritura que otorgan los comparecientes, luego de ser leída, ratificándose en cuanto a su contenido, escribiendo las letras iniciales de sus nombres y apellidos al margen de cada una de las hojas de este instrumento y firmando sus nombres al final, todo ello en mi presencia y conmigo. De ello, así como de todo lo demás consignado o referido en este instrumento público, el cual firmo, signo, sello y rubrico, Yo, el Notario, DOY FE. -----------------------------

**CERTIFICO que la que precede es copia simple de su original que obra en mi protocolo de Instrumentos Públicos.**

_____

**NOTARIO PUBLICO**



6

## ALLONGE TO MORTGAGE NOTE
### (Regular Modification)

**LOAN NUMBER: 1709766**
*NUMERO DE PRESTAMO: 1709766*

**DEBTOR(S): Edgar Agosto Rodriguez t/c/c Edgardo Agosto Rodriguez**
*DEUDORES: Edgar Agosto Rodriguez t/c/c Edgardo Agosto Rodriguez*

**PROPERTY ADDRESS: J-29 Urb. Jardines de Yabucoa, Yabucoa PR 00767**
*DIRECCION DE LA PROPIEDAD: J-29 Urb. Jardines de Yabucoa, Yabucoa PR 00767*

**ORIGINAL LOAN AMOUNT: $97,191.93**
*CANTIDAD DEL PRESTAMO ORIGINAL: $97,191.93*

**MODIFIED LOAN AMOUNT: $106,648.50**
*CANTIDAD DEL PRESTAMO MODIFICADO: $106,648.50*

**This Allonge to Mortgage Note is affixed and made part to this Mortgage Note pursuant to Deed number 29 executed in San Juan, Puerto Rico on January 29, 2014 before Notary Public Antonio R. Pavia Vidal, as follows:**

*Este Addendum a Pagaré Hipotecario se aneja y se hace formar parte de este Pagaré Hipotecario en virtud de la Escritura Número 29 otorgada en San Juan, Puerto Rico el 29 de enero de 2014 ante el Notario Público Antonio R. Pavia Vidal:*

**(a) The principal amount of the Mortgage Note is hereby increased to the sum of $106,648.50, which represents an increase of $9,456.57 from the original principal amount.**

*(a) El balance de principal del Pagaré Hipotecario se cancela parcialmente a la suma de $106,648.50, lo que representa una cancelación parcial del balance de principal original en la cantidad de $9,456.57.*

**(b) The annual interest rate and monthly installment of principal and interest of the note is modified as follows:**

*(b) El por ciento de interés y pago mensual por concepto de principal e intereses del pagare se modifica como sigue:*

**(1) Commencing on the first (1st) day of February 2014, the annual interest rate is modified to 4.50% and the monthly installment for principal and interest is modified to the amount of $540.37.**

*(1) Comenzando el día primero (1ro) de febrero de 2014, la tasa de interés anual se modifica al 4.50% anual y el pago mensual de principal e interés se modifica a la cantidad de $540.37.*

**(c) The maturity date of the Mortgage Note is hereby modified to the first (1st) day of January 2044.**

*(c) Se modifica la fecha de vencimiento del último pago en concepto de principal e intereses a vencer el día primero (1ro) de enero de 2044.*

**(d) The Minimum Bidding Amount is hereby modified to the amount of $106,648.50.**

*(d) El tipo mínimo para la primera subasta en caso de ejecución será de ahora en adelante por la cantidad de $106,648.50.*

_____
**Edgar Agosto Rodriguez**
t/c/c Edgardo Agosto Rodriguez

---El mismo día y en el lugar de su otorgamiento expedí primera copia certificada a favor de Banco Popular de Puerto Rico. Doy fe.----------

NOTARIO PÚBLICO



--------ESCRITURA NÚMERO: VEINTINUEVE (29) ------

-------------MODIFICACIÓN DE HIPOTECA -----------

---En la Ciudad de San Juan, Puerto Rico, a veintinueve (29) de enero de dos mil catorce (2014). -----------------------------------------

----------------------ANTE MÍ --------------------

---ANTONIO R. PAVIA VIDAL, mayor de edad, soltero, abogado, vecino de Guaynabo, Puerto Rico y con oficina en la ciudad de San Juan, Puerto Rico. -----------------------------------

-------------------COMPARECEN -----------------

---DE LA PRIMERA PARTE: EDGARDO AGOSTO RODRIGUEZ t/c/c EDGAR AGOSTO RODRIGUEZ, mayor de edad, soltero, propietario y vecino de Yabucoa, Puerto Rico, a quienes en adelante se les denominará conjuntamente como EL DEUDOR HIPOTECARIO. --------

---Y DE LA SEGUNDA PARTE: BANCO POPULAR DE PUERTO RICO, una corporación, organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, representada en este acto por Eduardo de la Rosa Quiñones, mayor de edad, casado, propietario y vecino de Carolina, Puerto Rico, autorizada para esta comparecencia mediante Certificado de Resolución del diez (10) de enero de dos mil trece (2013) ante la Notario Público Paulette Lavergne Cuyar, Afidávit seis mil setecientos ochenta y tres (6,783).(en adelante denominada EL ACREEDOR HIPOTECARIO). ---

----------------------DOY FE ---------------------

---De conocer personalmente a los comparecientes, y por sus dichos las doy de sus circunstancias personales. Los comparecientes me aseguran tener y a mi juicio tienen la capacidad

1

legal necesaria para comparecer en este instrumento público, y en tal virtud, libre y voluntariamente, ------------------------------

--------------------**EXPONEN** --------------------

---**PRIMERO:** El Deudor Hipotecario es dueño en pleno dominio de la propiedad que se describe de la siguiente manera: ------------------------------

---"**URBANA:** Solar marcado con el número veintinueve (29) del Bloque "J" en el Plano de Inscripción de la Urbanización Jardines de Yabucoa, radicado en el Barrio Juan Martin del término municipal de Yabucoa, Puerto Rico, con una cabida superficial de doscientos cincuenta (250.00) metros cuadrados. En lindes por el NORTE, en distancia de once punto once (11.11) metros lineales, con quebrada denominada Ferrer; por el SUR, en distancia de once punto once (11.11) metros lineales, con la calle número nueve (9) de la Urbanización; por el ESTE, en distancia de veintidós punto cincuenta y dos (22.52) metros lineales, con el lote numero J-treinta (30) de la misma Urbanización; y por el OESTE, en distancia de veintidós punto cincuenta y dos (22.52) metros lineales, con el lote numero J guion veintiocho (J-28) de la misma Urbanización. Enclava una casa. Afecta en su colindancia Sur, servidumbre Telefónica de cinco (5) pies de ancho."------------

---Inscrita como la finca 17630 al folio 217 del tomo 283 de Yabucoa, Registro de la Propiedad de Puerto Rico, Sección de Humacao (el "Registro").



---**SEGUNDO:** Adquirió El Deudor Hipotecario la propiedad inmueble anteriormente relacionada según consta de la escritura número ciento diecinueve (119) otorgada el quince (15) de febrero de dos mil siete (2007), ante el notario público Kendall E. Krans Negrón, inscrita al folio 217 del tomo 283 del Registro. ------------

---**TERCERO:** El quince (15) de febrero de dos mil siete (2007), el Deudor Hipotecario otorgó hipoteca en garantía de pagaré sobre la propiedad inmueble descrita en el PARRAFO PRIMERO de esta escritura a favor de Santander Mortgage Corporation, debidamente endosado a

2

favor del Acreedor Hipotecario, o a su orden, por la suma de **NOVENTA Y DOS MIL SETECIENTOS SETENTA Y UN DÓLARES ($92,771.00)** con una tasa de interés equivalente a seis por ciento (6.00%) y vencedero el primero (1ero) de marzo de dos mil treinta y siete (2037), garantizado por hipoteca, según surge de la escritura número sesenta y uno (61), otorgada en la misma fecha y ante el Notario Público Sheila E. Santos Camacho, inscrita al folio 217 del tomo 283 del Registro. Esta hipoteca fue modificada en cuanto a principal el cual se amplía para un nuevo balance principal de **NOVENTA Y SIETE MIL CIENTO NOVENTA Y UN DÓLARES CON NOVENTA Y TRES CENTAVOS ($97,191.93)** con una tasa de interés equivalente a cinco punto ciento veinticinco por ciento (5.125%) y vencedero el primero (1ero) de mayo de dos mil cuarenta y uno (2041), garantizado por hipoteca, según surge de la escritura número trescientos treinta y cuatro (2034), otorgada día dieciocho (18) de mayo de dos mil once (2011) y ante el Notario Público Néstor Machado Cortés, presentada al Asiento 114 del Diario 906 del Registro. ------------------------------------

---**CUARTO:** Las partes comparecientes han acordado modificar, y por la presente modifican, el pagaré hipotecario al que se ha hecho referencia en el PÁRRAFO TERCERO precedente, de la siguiente forma: ---------------------------

---a. Se **MODIFICA Y SE AMPLÍA** el principal del pagaré por la suma de **NUEVE MIL CUATROCIENTOS CINCUENTA Y SEIS DÓLARES CON CINCUENTA Y SIETE CENTAVOS ($9,456.57)**, para que de ahora en



3

adelante refleje el balance de principal por la suma de **CIENTO SEIS MIL SEISCIENTOS CUARENTA Y OCHO DÓLARES CON CINCUENTA CENTAVOS** ($106,648.50). ---------------------------------

---b. Se **MODIFICA** la tasa de interés para que de ahora en adelante refleje **CUATRO PUNTO CINCUENTA POR CIENTO (4.50%)**. ----------------------------

---c. Se **MODIFICA** el pago mensual por concepto de principal e intereses por la suma de **QUINIENTOS CUARENTA DÓLARES CON TREINTA Y SIETE CENTAVOS** ($540.37) comenzando el día **primero (1ero.)** de **FEBRERO** del año dos mil **catorce (2014)**. -------------------------------------

---d. Se **MODIFICA** el vencimiento del último pago en concepto de principal e intereses a vencer el día **primero (1ero.)** de **ENERO** del año dos mil **cuarenta y cuatro (2044)**. ----------------------

---e. El tipo mínimo para la primera subasta en caso de ejecución será de ahora en adelante por la cantidad de **CIENTO SEIS MIL SEISCIENTOS CUARENTA Y OCHO DÓLARES CON CINCUENTA CENTAVOS** ($106,648.50). --------------------------------

---**QUINTO:** Los deudores hipotecarios aceptan y reconocen que los pagos mensuales por principal e intereses no incluyen los pagos necesarios para contribuciones y seguros, los cuales podrán cambiar periódicamente durante el término de la hipoteca. ----------------------------------

---**SEXTO:** A los efectos arriba consignados, quedan enmendados tanto el pagaré hipotecario como la hipoteca que lo garantiza. Todas las demás condiciones quedan en todo efecto y vigor sin cambios de naturaleza alguna. ---------------



4

----Manifiestan las partes comparecientes que es su intención que la modificación que se constituye mediante esta escritura NO REPRESENTE NOVACIÓN de los términos y condiciones previamente pactados. --------------------------

---**SEPTIMO:** En esta etapa de este otorgamiento, el Acreedor Hipotecario me exhibe y me entrega a mí, el notario, el original del Pagaré Hipotecario, y yo, el notario, doy fe que tuve en mis manos el referido pagaré y que examiné el Pagaré Hipotecario, y que éste es el pagaré que se describe en la parte expositiva de esta escritura y que todo parece indicar que el Acreedor Hipotecario es el único tenedor del Pagaré Hipotecario, bajo la convicción de que el Acreedor Hipotecario es el tenedor del referido pagaré, yo, el notario, le hago entrega del mismo al Acreedor Hipotecario. Yo, el Notario, certifico que he anejado un Allonge al Pagaré Hipotecario, el cual ha sido suscrito ante mí por los comparecientes de la Primera Parte y recoge las enmiendas realizadas a dicho Pagaré y contenidas en Instrumento. Luego de lo antes indicado, certifico haber devuelto a su tenedor el original del pagaré con el "ALLONGE". --------

-------------------**ADVERTENCIA** --------------------

---Yo, el Notario, DOY FE de haberle hecho a los comparecientes las reservas y advertencias legales pertinentes relativas a este otorgamiento. ----------------------------------

---Yo, el Notario, DOY FE de haberle advertido al Deudor Hipotecario que si sin el previo consentimiento del Acreedor Hipotecario se vende



o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Acreedor Hipotecario podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por la Hipoteca. Sin embargo, el Acreedor Hipotecario no ejercerá esta opción en caso que la Ley Aplicable la prohíba. --------------------

---Si el Acreedor Hipotecario ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. El aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por la Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Acreedor Hipotecario podrá invocar cualquier remedio permitido por la Hipoteca, sin más aviso o requerimiento al Deudor. ------------------------------------

---Toda notificación dada por el Deudor o el Acreedor Hipotecario con relación a la Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a la Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa.



6



La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Acreedor Hipotecario. El Deudor notificará prontamente al Acreedor Hipotecario su cambio de dirección. Si el Acreedor especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Acreedor Hipotecario. En todo momento podrá haber solamente una dirección designada para notificaciones bajo la Hipoteca. Cualquier notificación al Acreedor Hipotecario será dada entregándola o enviándola por correo de primera clase a la dirección del Acreedor salvo que el Acreedor Hipotecario haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a la Hipoteca se considerará hecha al Acreedor Hipotecario hasta que sea recibida por éste. Si cualquier notificación requerida en la Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo la Hipoteca. --------------

---------------------**LECTURA** --------------------

---Los comparecientes han leído y consienten esta escritura manifestando quedar bien enterados de su contenido y ratificándose en lo pactado. -------------------------------------------

------------**ACEPTACIÓN Y OTORGAMIENTO** ----------

7

Hechas por mí, el NOTARIO, las advertencias de
Ley y leída la Escritura por los otorgantes,
éstos la aceptan por encontrarla conforme a su
voluntad, se ratifican en la misma y la otorgan
ante mí, iniciando todos sus folios en el margen
y firmándola. -----------------------------------
---**DE TODO LO CUAL**,  así como de todo lo demás
que aseguro o refiero en este Instrumento
Público, Yo, el NOTARIO, DOY FE. ----------------







**CERTIFICO:** Que se han cancelado y adherido en la escritura original los correspondientes sellos de Rentas Internas y del impuesto notarial con el sello del(a) Notario Autorizante;  que en la escritura original aparecen las iniciales de los otorgantes en todos y cada uno de los folios, así como el sello y la rúbrica del(a) Notario Autorizante y las firmas de los otorgantes, así como el sello, signo, firma y rúbrica del(a) Notario Autorizante al final de la misma;  Que la que precede es Primera copia fiel y exacta de su original número VEINTINUEVE (29) que consta ocho (8) folios y que obra en el protocolo de Instrumentos Públicos a mi cargo del año en curso, al cual le remito, y la cual expido a solicitud de la parte interesada en San Juan, Puerto Rico, a veintinueve (29) días del mes de enero de dos mil catorce (2014). DOY FE.----------------------------------------------------------------

ANTONIO R. PAVÍA VIDAL
NOTARIO PÚBLICO



REGISTRADO AL
Folio _____ 218
Tomo 283 _____ Yabucoa
Finca # 17630  Inscripción 6
Humacao PR a Nov-12-2014 de
Derecho $854.50

Registrador



```
4120
02/27/2014
$6.00
Sello Rentas Internas
51618-2014-0227-73170544
```

```
5115
02/27/2014
$1.00
$1 Impuesto Notarial
51618-2014-0227-57981419
```

Notificado hoy por los fundamentos incluidos en
notificación legajada bajo el número 311-2014C
Humacao PR a 10 de octubre de 2014
fdo. por Lcda. Bobé
Suspendiólo 9 de diciembre de 2014

Commonwealth of Puerto Rico

FHA CASE NO. 501- 7215517-703

# -----------MORTGAGE NOTE------------
# ---------------PAGARE HIPOTECARIO---------------

US $92,771.00                                        February 15 ، 2007.

1.    "Borrower" means each person signing at the end of this Note, and the
1.    "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns.  "Lender" means SANTANDER MORTGAGE CORPORARION
sucesores y cesionarios.  "Acreedor Hipotecario" significa SANTANDER MORTGAGE CORPORAION----

*EAR*

and its successors and assigns.------------------------------------------------
y sus sucesores y cesionarios.-------------------------------------------------

2.    In return for a loan received from Lender, Borrower promises to pay
2.    A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of NINETY TWO THOUSAND SEVEN HUNDRED SEVENTY ONE DOLLARS----------
obliga a pagar la cantidad principal de NOVENTA Y DOS MIL SETECIENTOS SETENTA Y UN DOLARES---

Dollars  (U.S.$ 92,771.00 --------------), plus interest, to the order of the
--------------------------- Dólares (U.S.$ 92,771.00 --), más intereses, a la orden

Lender.   Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario.   Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of SIX -----------
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de SEIS ----------

-----------per cent (6-------%) per year until the full amount of principal
-----------por ciento ( 6 ---------- %) anual hasta que el principal haya sido totalmente

has been paid.----------------------------------------------------------------
pagado.-----------------------------------------------------------------------

3.    Borrower's promise to pay is secured by a mortgage that is dated the
3.    La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument".  The Security
gada en la misma fecha de este Pagaré, denominada "Hipoteca".  La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note.-----------------------------------------------------
términos de este Pagaré.------------------------------------------------------

4.    (A)  Borrower shall make a payment of principal and interest to Lender
4.    (A)  El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on April ------------ 2007-------- Any
tecario el primer día de cada mes, comenzando en Abril-------- del 2007-- Cualquier prin

principal and interest remaining on the first day of March----- 2037--, will
cipal más intereses adeudados al día primero de Marzo ----------del 2037----- vencerá en esa

be due on that date, which is called the maturity date.---------------------
misma fecha que es denominada la fecha de vencimiento.-----------------------

      (B)  Payment shall be made at the address notified to Borrower at
      (B)  El pago será efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.---------------------------------------------------------------------
cación al Deudor Hipotecario.-------------------------------------------------

      (C)  Each monthly payment of principal and interest will be in the
      (C)  Cada pago mensual de principal más intereses será por la cantidad de

amount of FIVE HUNDRED FIFTY SIX DOLLARS WITH TWENTY ONE CENTS---- (U.S.$ 556.21-----).
QUINIENTOS CINCUENTA Y SEIS DOLARES CON VEINTIUN CENTAVOS-----------(U.S.$ 556.21-----).
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que, será apli-

rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.--------

items in the order described in the Security Instrument. ------------------
-----------------------------------------------------------------------------------

5.   Borrower has the right to pay the debt evidenced by this Note, in
5.     El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of any month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.  El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary.  If
y permitido por la reglamentación del Secretario.  Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.-----------------------------

those changes.----------------------------------------------------------------
-----------------------------------------------------------------------------------

6.   (A)   If Lender has not received the full monthly payment required by
6.     (A)   Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.--------------------------------------------------------
cada pago.--------------------------------------------------------------------------

(B)   If Borrower defaults by failing to pay in full any monthly pay-
(B)   Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual--;

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest.      Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados.   El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default.  In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente.  En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults.  This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos.  Este Pagaré no autoriza la

when not permitted by HUD regulations.  As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan.  Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.----------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.------------

-----------------------------------------------------------------------------------

Page 2 of 4          PR Form Rev August 1996

(C)  If Lender has required immediate payment in full, as described
(C)  Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe
above, Lender may require Borrower to pay costs and expenses including rea-
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law.  Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré.  Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.-----
Note.-----------------------------------------------------------------------
--------------------------------------------------------------------------------

7.  Borrower and any other person who has obligations under this Note
7.    El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré

waive the rights of presentment and notice of dishonor.  "Presentment"
renuncian a los derechos de presentación y aviso de rechazo.  "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.--------------------------
otras personas que las cantidades vencidas no han sido pagadas.--------------------------

8.  Unless applicable law requires a different method, any notice that
8.    Salvo que la ley Derecho aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's different address.-----------------------------------------------------
rio de una dirección diferente.------------------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.--

address.--------------------------------------------------------------------
--------------------------------------------------------------------------------

9.  If more than one person signs this Note, each person is fully and
9.    Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obligated to keep all of the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad

ing the promise to pay the full amount owed.  Any person who is a guaran-
total adeudada.  Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado.  Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién esta obligada a cumplir todos los compromisos contraídos en el mismo.  El Acreedor

of the promises made in this Note.  Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-

this Note against each person individually or against all signatories

dualmente o en contra de todos los signatarios conjuntamente. A cualquier suscribiente de

together.  Any one person signing this Note may be required to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.------------------------------------------
---------------------------------------------------------------------------

      BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
      AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-

nants contained in this Note.----------------------------------------------
nos y pactos contenidos en el mismo.--------------------------------------

      This Note is secured by a mortgage executed by Deed number ——— 61 ———
      Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número ——— 61 ———

of this same date before the subscribing Notary.--------------------------
otorgada en esta misma fecha ante el Notario suscribiente.----------------

      In  San Juan ——————————, Puerto Rico, on February   15,   2007.
      En  San Juan ——————————, Puerto Rico, a  15  de febrero  de 2007.

*E. A R*

                 *Edgar Agosto Rodriguez*
                 Edgar Agosto Rodriguez

J – 29 Jardines de Yabucoa
Yabucoa, Puerto Rico 00767
                           Borrower(s)
Property Address                Deudor(es) Hipotecario(s)
Dirección de la Propiedad

Affidavit Number 1,304
Afidávit Número  1,304

                             Pay to the order of
                           without recourse
                  BANCO POPULAR DE PUERTO RICO

Before me acknowledged and subscribed  by the above signatories, of
Ante mí reconocido y suscrito por los arriba firmantes  de las cir-

the personal circumstances expressed in the mortgage deed hereinbefore
cunstancias personales que se relacionan en la antes descrita escri-

described.
tura de Hipoteca.

      On the date and at the place above stated.
      En la fecha y en el lugar arriba indicado.

                      Notary Public
                      Notario Público

(Notary seal: SHEILLA E. SANTOS CAMACHO — PUERTO RICO — ABOGADA - NOTARIO)

                    Page 4 of 4          PR Form Rev August 1996

On the same date of its execution at the request of Santander Mortgage Corporation, I issued first certified copy of this deed. I the Notary CERTIFY.

*Santos Filla?*

—— NOTARY PUBLIC ——

*E A R.*



---

FHA CASE NO. 501- 7215517-703

--- **NUMBER:** SIXTY ONE (61) ----------
--- Número: ----------------------------

----------------- **FIRST MORTGAGE** -----------------
----------------- PRIMERA HIPOTECA -----------------

--- In San Juan ——————————, Commonwealth of Puerto
--- En --------------------------, Estado Libre Asociado de

Rico, this fifteen (15) ———— day of February ————,
Puerto Rico, el ------------------de----------------de-----,

of the year two thousand seven (2007). ——————

------------------- **BEFORE ME** -------------------
--------------------- ANTE MÍ ---------------------

——— SHEILLA E. SANTOS CAMACHO ————, Notary Public in
------------------------------------, Notario Público de

Puerto Rico, with offices at Guaynabo ——————
Puerto Rico, con oficinas en ----------------------------

and residence in Guaynabo —————— , Puerto Rico.
y residencia en ---------------------------- , Puerto Rico.

--------------------- **APPEAR** ---------------------
--------------------- COMPARECEN ---------------------

--- The parties mentioned in Paragraphs Ninth and
--- Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
y "Acreedor Hipotecario", cuyas circunstancias personales apa-

stances are set forth in said paragraphs. -----------
recen en dichos párrafos. ----------------------------

--- The appearing parties assure me that they are
Aseguranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
otorgamiento, libremente --------------------------

this document, they freely---------------------------
----------------------------------------------------

------------------- **STATE AND COVENANT** -------------------
--------------------- DECLARAN Y CONVIENEN ---------------------

FIRST: That the Borrower is the owner of the
PRIMERO: Que el Deudor Hipotecario es dueño de la propiedad o

Property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura,

Eighth of this Deed, hereinafter called the "Prop-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

erty" and has the right to mortgage the Property;
de hipotecar la Propiedad; que la Propiedad está libre de

that the Property is unencumbered, except for
cargas y gravámenes, excepto por las cargas inscritas y que el

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda. -----------------

against all claims and demands. ----------------------
-------------------------------------------------------

SECOND:  That as evidence of a loan received from
SEGUNDO: Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has sub-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

scribed a promissory note in the sum of NINETY TWO-----
misma fecha un pagaré por la suma de

THOUSAND SEVEN HUNDRED SEVENTY ONE DOLLARS ------------------

Dollars (US $92,771.00-------------) with interest at
Dólares (US $ ---------------------) con intereses a razón del

the rate of SIX ----------------------------------- percent
------------------------------- por ciento ( ----------- %) anual,

(6--------%) per annum until the total satisfaction
hasta el saldo total del mismo, pagadero a favor de --------------

of the same, payable to SANTANDER MORTGAGE CORPORATION--->
------------------------------------------ o a su orden y

-----------------------------of its order, the principal
pagadero el principal e intereses en plazos mensuales -----------

and interest being payable in monthly installments
de ------------------------------------------------------

of FIVE HUNDRED FIFTY SIX DOLLARS WITH TWENTY ONE CENTS--------
------------------------------------------------------------

Dollars (US $556.21--------) commencing on the first
Dólares (US $ -------------------) comenzando el día primero de

day of April, Two Thousand Seven -----------------------------

(2007----) and a like amount on the first day of each
(--------) e igual cantidad en cada uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of March,--------------------, Two
primer día de ----------------------------------del --------------

Thousand Thirty Seven --------- (2037---) authenticated by
Dos Mil -----------------------------(20-----) autenticado por el

the authorizing Notary, as per Affidavit Number ---------
Notario autorizante, bajo Afidávit Número -------------------------

One Thousand Three Hundred Four (1,304) --------------------

THIRD:  In order to guarantee the total and com-
TERCERO: Con el propósito de garantizar el total y complete

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

and every one of the conditions therein contained,
tiene, y para garantizar además tres sumas adicionales de ---

and to further secure three additional amounts of
------------------------------------------------------------

NINE THOUSAND TWO HUNDRED SEVENTY SEVEN DOLLARS WITH TEN CENTS----each,
-------------------------------------------------cada una,

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated
facer como suma liquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the even the holder of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-



Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo

Constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construidas alli en el futuro, durante

well as any other machinery or installations that
la vigencia de esta Hipoteca, incluyendo todos sus usos, servi-

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier



thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage is in effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad. -----------------------

nishing and distribution of heat, refrigeration, light
------------------------------------------------------------------

water or power and all the services and necessary
------------------------------------------------------------------

installations presently installed upon or which may
------------------------------------------------------------------

be in the future installed upon the Property and in

general upon all of the Property rights, title and

interest that the executing party may have in the

Property. ---------------------------------------

**FOURTH:** Borrower and Lender further covenant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

as follows: ---------------------------------------
y convienen, además: ------------------------------------

---**1. Payment of Principal, Interest and Late Charge,-**
---1. Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note. ------------------------
recargos por demora adeudados conforme al Pagaré. ------------------

---**2. Monthly Payment of Taxes, Insurance and Other**
---2. Pago Mensual de Contribuciones, Seguros y Otros Cargos.

**Charges.** Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum of
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c) premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a Mortgage Insurance
prima de seguro al Secretario de ---------------------------------

premiun to the Secretary----------------------------
of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such Premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance Premium if this Security Instrument
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" y los fondos

monthly charge lay the Secretary, these items are
al Acreedor Hipotecario se llamarán. "Fondos en Plica". --------------

called "Escrow Items" and the sums paid to lender
-------------------------------------------------------------------

are called "Escrow Funds". --------------------------
-------------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de Plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. § 2601 et seq. and implementing regula-
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tion, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursement or disbursements made
Hipotecario en la cuenta no podrán estar basadas en las canti-

Before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca. -------

the account may not be based con amounts due for
-------------------------------------------------------------------

the mortgage insurance premium. ---------------------
-------------------------------------------------------------------

---If the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA. -------------------------
dos en la forma requerida por RESPA. -------------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA. -------------------------------------------



Page 5 of 28       Puerto Rico Revised Form August 1996

según permitido por RESPA. ------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos en Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca. Si el Deudor

Instrument. If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance Premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary.
prontamente el exceso de los fondos al Deudor Hipotecario.

and lender shall promptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower. Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining for all installments for items (a),
y (c). ---------------------------------------------------

(b) and (c). ---------------------------------------------
------------------------------------------------------------

---3. **Application of Payments**. All Payments under
---3. <u>Aplicación de Pagos</u>. Todos los pagos bajo los Párrafos

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:--

follows: --------------------------------------------------
------------------------------------------------------------

---<u>First</u>, to the mortgage insurance premium to be
---<u>Primero</u>, a la prima del seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
al Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium; ------------------------
hipotecario; ----------------------------------------------

---<u>Second</u>, to any taxes, special assessments,
---<u>Segundo</u>, a cualquier tipo de contribuciones, impuestos

leasehold payments or ground rents, and fire,
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la Propiedad y las primas de seguro contra

required; --------------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas; -------

---<u>Third</u>, to interest due under the Note; ----------
---<u>Tercero</u>, a intereses vencidos conforme el Pagaré. -----------

---<u>Fourth</u>, to amortization of the principal of the
---<u>Cuarto</u>, a la amortización del principal del Pagaré; y-------

Note; and--------------------------------------
----------------------------------------------

---Fifth, to late charges due under the Note. -----
---Quinto, a los recargos por demora adeudados conforme el
----------------------------------------------
Pagaré.----------------------------------------

---4.  Fire, Flood and Other Hazard Insurance.
---4.  Seguros Contra Fuego, Inundaciones y Otros Riesgos. El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les, el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existente or subsequently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por

flood to the extent required by the Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender. The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario. -------

include loss payable clauses in favor of, and in a
----------------------------------------------

form acceptable to, Lender. --------------------
----------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail. Lender may make
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby autor-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly. --------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al
----------------------------------------------
Acreedor Hipotecario conjuntamente. ----------------



Page 7 of 28        Puerto Rico Revised Form August 1996

---All or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by Lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under the Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicado en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to Prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada. Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos. Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo

Any excess insurance proceeds over an amount
el Pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago. ----------------------------------------------

the Note and this Security Instrument shall be
---------------------------------------------------------------

paid to the entity legally entitled thereto. -----
---------------------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la Propiedad que extinga la deuda,

Property that extinguishes the indebdness, all
todo derecho, título e interés del Deudor Hipotecario en póli-

rigth, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador. ------------------

insurance policies in force shall pass to the
---------------------------------------------------------------

purchaser. ----------------------------------------------------
---------------------------------------------------------------

---5.  Occupancy, Preservation, Maintenance and
---5.  Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo del Deudor Hipotecario,

cation; Leaseholds.  Borrower shall occupy, estab-
Arrendamientos. El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal dentro de

residence within sixty days after the execution of
los sesenta días siguientes al otorgamiento de esta Hipoteca (o

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propieda) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

circumstances. Borrower shall not commit waste of
atenuantes. El Deudor Hipotecario no causará menoscabo, ni

destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

abel wear and tear excepted. Lender may inspect
desgaste normal. El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default. Lender may take
incumplimiento del préstamo. El Acreedor Hipotecario podrá

reasonable action to Project and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacanct or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada. El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material info.
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence. --------------
Hipotecario de la Propiedad como su residencia principal. -------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los términos de dicho arrenda-

lease. If Borrower acquires fee title to the
miento. Si el Deudor Hipotecario adquiere título en pleno



Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing. ------------------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito. ---------

---6. **Condemnation**. The proceeds of any award or
---6. **Expropiación**. El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultaron, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

Shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca. ----------------------------------

amount of the indebtedness that remains unpaid
----------------------------------------------------------

under the Note and this Security Instrument.
----------------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
Cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount; of such payments. Any excess
para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo. ---

standing indebtedness under the Note and this
----------------------------------------------------------

Security Instrument shall be paid to the entity
----------------------------------------------------------

legally entitled thereto. -------------------------
----------------------------------------------------------

---7. **Charges to Borrower and Protection of**
---7. **Cargos al Deudor Hipotecario y Protección de los Dere-**

**Lender's Rights in the Property**. Borrower shall
**chos del Acreedor Hipotecario Sobre la Propiedad.** El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-

request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments. --------------
recibos que evidencien dichos pagos. ------------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existen un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that may significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws of
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to Project the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2. ------------------------------

mentioned in Paragraph 2 -- -------------------------
------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente. ------------

payable. ----------------------------------------------
------------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-



which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment of the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

manner acceptable to Lender; (by contests in good
Acreedor Hipotecario; (b) dispute de buena fe si gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the Lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an agreement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad esta sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificar

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomara una o mas de

give Borrower a notice identifying the lien,
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación. -------------------------------------------------------

more of the actions set forth above within 10 days
-----------------------------------------------------------------

of the giving of notice. --------------------------
-----------------------------------------------------------------

---8. **Fees.** Lender may collect fees and charges
---8. **Honorarios.** El Acreedor Hipotecario podrá cobrar los

authorized by the Secretary. --------------------------
honorarios y cargos autorizados por el Secretario. --------------

---9. **Grounds for Acceleration of Debt.** -------
---9. **Bases para la Aceleración de la Deuda.** --------------

-- (a) Default. Lender may, except as limited by
-- (a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if: ------------------------------------------------------
garantizadas por esta Hipoteca si: ---------------------------

---(i) Borrower defaults by failing to pay in
---(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o

monthly payment, or ------------------------------
--------------------------------------------------

-----(ii) Borrower defaults by failing, for a
-----(ii) El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación

gations contained in this Security Instrument. ----
contenida en esta Hipoteca. ------------------------------

---(b) Sale Without Credit Approval. Lender
---(b) Venta sin Aprobación de Crédito. El Acreedor Hipoteca-

shall, if permitted by applicable law (including
río podrá, si fuera permitido por el derecho aplicable (inclu-

section 341(d) of the Garn-St. Germain Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. $ 1701J-3(d))
Institutions Act de 1982, 12 U.S.C. $ 1701j-3(d)) y con la pre-

and with the prior approval of the Secretary,
vía aprobación del Secretario, requerir el pago inmediato de la

require immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if: ------------
si:------------------------------------------------

-----(i) All or part of the Property, or a bene-
-----(i) Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owning all or part of
un fideicomiso dueño de todo o de parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

other than by devise or descent), and-----------
excepto por legado o herencia), y ------------------------

-----(ii) The Property is not occupied by the
-----(ii) La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal o, de estarlo, si su

dence, or the purchaser or grantee does so occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario. ------------------------------

approved in accordance with the requirements of
--------------------------------------------------

the Secretary. ------------------------------
--------------------------------------------------

---(c) No Waiver. If circumstances occur that
---(c) No Habrá Renuncia. Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes. ------------------

subsequent events.------------------------------
--------------------------------------------------



(d) Regulations of HUD Secretary. In many
(d) Reglamentos del Secretario de HUD. En muchas circuns-
circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán
will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-
default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-
to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-
ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que
sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario. ------------
Secretary. ------------------------------------------------
------------------------------------------------------------------

(e) Mortgage not Insured. Borrower agrees
(e) Hipoteca No Asegurada. El Deudor Hipotecario conviene
that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran
not determined to be eligible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda
the National Housing Act within ninety (90) days
dentro de noventa (90) días desde esta fecha, el Acreedor
from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-
require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La
secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del
statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de
dated subsequent to ninety (90) days from the date
la fecha de esta, negándose a asegurar esta Hipoteca y el
hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-
ment and the Note, shall be deemed conclusive
bilidad. No obstante lo anterior, esta opción no podrá ser
proof of such ineligibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-
foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor
Lender when the unavailability of insurance is
Hipotecario no haya remitido al Secretario la prima del seguro
solely due to Lender's failure to remit a mortgage
hipotecario. -------------------------------------------------
insurance premium to the Secretary. -----------
------------------------------------------------------------------

10. **Reinstatement.** Borrower has a right to be
10. **Reinstalación.** El Deudor Hipotecario tiene el derecho
reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-
ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument. This right applies even after fore-
Pagaré o esta Hipoteca. Este derecho aplica aun después de

closure proceedings are instituted. To reinstate
haberse iniciado procedimiento de ejecución. Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución. Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciónes que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total. Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full. However,
a permitir la reinstalación si: (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i) Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reinstalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca. -----------------------------------------------

affect the priority of the lien created by this
-------------------------------------------------------

Security Instrument. ----------------------------------
-------------------------------------------------------

---11. **Borrower Not Released; Forbearance by**
---11. Deudor Hipotecario No Relevado; Indulcrencia de Morosi-

**Lender not a Waiver.** Extension of the time of
dad por el Acreedor Hipotecario No Constitueve Renuncia. La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza-

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedida por



by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en titulo del Deu-

shall not operate to release the liability of the
dor   Hipotecario no relevarán de responsabilidad al Deudor

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en titulo.   No se reque-

interest. Lender shall not be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con-

mence proceedings against any successors in inter-
tra cualquier sucesor en titulo ni que rehúse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise modify amortization of the sums secured by
sumas garantizadas por esta Hipoteca por razón de cualquier

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores

made by the original Borrower or Borrower's suc-
en titulo.   Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forbearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá

exercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios. --------------------------------

remedy.--------------------------------------------------
--------------------------------------------------------

---12. **Successors and Assings Bound; Joint and**
---12. Sucesores y Cesionarios Obligados; Responsabilidad

**Several Liability; Co-Signers.** The covenants and
Solidaria; Co-firmantes. Los pactos y convenios contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y

graph 9 (b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrower who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no

signs this Security Instrument but does not exe-
del Pagaré:   (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other  Borrower may agree  to  extend,
sobre  los términos  de esta Hipoteca o del Pagare,  sin  el  con-

modify,  forebear  or  make  any  accommodations with
sentimiento de  dicho co-firmante de la Hipoteca.------------------

regard to the terms  of  this Security  Instrument or
--------------------------------------------------------------

the  Note without  that  Borrower's  consent. -----
--------------------------------------------------------------

---13.  **Notices.**  Any  notice to  Borrower  provided
---13. **Notificaciónes.**  Toda  notificación  al Deudor Hipote-

for  in  this  Security Instrument  shall be given by
cario prevista en  esta Hipoteca  le  será  hecha mediante entrega

delivering it or by mailing it  by First  Class  Mail
o por correo de  Primera Clase,  a menos que el  derecho aplicable

unless  applicable  law  requires  use  of  another.
requiera  el use  de otro método.  La notificación le  será diri-

method.  The notice shall  be directed  to the  Prop-
gida  a la dirección de  la Propiedad o a  la que el  Deudor Hipo-

erty address or any  other  address  Borrower  desig-
tecario haya  designado mediante  notificación al  Acreedor Hipo-

nates by notice to  Lender.  Any  notice  to  Lender
tecario.  Cualquier  notificación  al Acreedor Hipotecario se

shall  be  given  by  First  Class  Mail  to  Lender's
hará  por correo  de Primera  Clase  a  su  dirección  expresada en

address stated herein or  any address  Lender  desig-
esta  o  a  la que  el  Acreedor Hipotecario  designe   mediante

nates by notice  to  Borrower.  Any  notice  provided
notificación  al  Deudor  Hipotecario.   Cualquier  notificación

for in this Security  Instrument shall  be  deemed to
prevista en  esta Hipoteca se  entenderá hecha  al  Deudor Hipo-

have been given  to  Borrower  or  Lender when  given
tecario o al  Acreedor Hipotecario  cuando  se  haya  hecho de  la

as provided  in this  paragraph. ---------------------
manera dispuesta en este párrafo. ----------------------------

---14.  **Governing  Law,**  Severability.  This  Secu-
---14.  **Derecho  Aplicable;  Separabilidad.**  Esta  Hipoteca  se

rity  Instrument shall  be  governed  by  Federal  Law
regirá por la ley Federal y las  leyes  del Estado  Libre  Asociado

and the laws of  the  Commonwealth  of  Puerto  Rico,
de  Puerto Rico.  En  la  eventualidad  de  que cualquier  disposi-

In the  event  that any provision or clause of  this
ción o cláusula de  esta  Hipoteca o del  Pagaré  conflija  con el

Security  Instrument  or  the  Note  conflicts  with
derecho  aplicable,  dicho conflicto no  afectará  las  demás

applicable  law,  such  conflict  shall  not  affect
disposiciones  de  esta Hipoteca o del  Pagaré que  se puedan  cum-

other  provisions of  this  Security  Instrument or
plir sin la disposición conflictiva.  A estos  fines  las dispo-

the  Note  which  can  be  given  effect  without  the
siciones de esta  Hipoteca y del Pagará por la presente  se

conflicting provision.  To this  end the  provisions
declaran separables.------------------------------------------

of  this  Security  Instrument  and  the  Note  are
--------------------------------------------------------------





declared to be severable. ----------------------
--------------------------------------------------

---15. **Borrower's Copy**. Borrower shall be given
---15. <u>Copia para el Deudor Hipotecario</u>. Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument. ----------------------------------
Hipoteca.------------------------------------------

---16. **Hazardous Substances**. Borrower shall not
---16. <u>Sustancias Peligrosas</u>. El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property. Borrower shall not do, nor allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones

The preceding two sentences shall not apply to the
anteriores no aplicará a la presencia, uso o almacenamiento en

presence use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas,

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad. --------------------

residential uses and to maintenance of the
--------------------------------------------------

Property. ----------------------------------------
--------------------------------------------------

---Borrower shall promptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agenda

latory agency or private party involving the Prop-
gubernamental o reguladora o persona particular que afecte

erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o se notificado por cualquier

mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad; el Deudor Hipotecario tomara

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law. ----------------
Ley Ambiental. ------------------------------------------

--As used in this Paragraph 16, "Hazardous Sub-
---Tal como se usa en este Párrafo 16, "Sustancias Peligrosas"

stances" are those substances defined as toxic or
son aquellas sustancias definidas como toxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances: gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas de petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volatiles, materiales que contienen asbestos o formaldehido y

materials containing asbestos or formaldehyde, and
materiales radioactivos. Tal como se usa en este Párrafo 16,

radioactive materials. As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde esta la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental. --------------------

located that relate to health, safety or environ
----------------------------------------------------------

mental protection. --------------------------------
----------------------------------------------------------

---17. **Assignment of Rents**. Borrower uncondi-
---17. _Cesión de Rentas_. El Deudor Hipotecario incondicional-
tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y créditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
créditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario que éste ha violado cualquier

covenant or agreement in the Security Instrument,
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents, and
cario cobrará y recibirá todas las rentas y créditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente. --------

an assignment for additional security only. --------
----------------------------------------------------------



---If Lender gives notice of breach to Borrower:
---Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario: (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only,
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled, to col-
las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a obrar y a recibir todas las rentas de

and (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant. ----------
y adeudadas con sólo mediar requerimiento escrito a esos

----------------------------------------------------------
efectos.---------------------------------------------------

---Borrower has not executed any prior assignments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida al Acreedor Hipo-

act that would prevent Lender from exercising its
tecario ejercutar sus derechos bajo este Párrafo 17. --------------

rights under this Paragraph 17. ---------------
----------------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower. How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach. Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación. Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender. This assignment of rents of the Property
Acreedor Hipotecario. Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full. ---------------
haya pagado en su totalidad. ------------------------------------

---18. **Foreclosure Procedure**. If Lender requires
---18. **Procedimiento de Ejecución**. Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedies permitidos

remedies permitted by applicable law. Lender
por las leyes aplicables. El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence. -----
tos de evidencia de título. ----------------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará notificación de la venta al Deudor

manner provided in Paragraph 13. Lender shall
Hipotecario en la forma estipulada en el Párrafo 13. El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciara el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

applicable law. Lender or its designee may pur-
aplicable. El Acreedor Hipotecario o persona designada puede

chase the Property at any sale. The proceeds of
comprar la Propiedad en cualquier venta. El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden: (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado; (b) a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta Hipoteca; y (c) cualquier exceso a la persona o personas

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello. ----------------------

entitled to it. --------------------------------------------
------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca esta

Instrument is held by the Secretary and the Secre-
En poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq,) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al



E.P.R

provided in the Act. Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable.—

sentence shall deprive the Secretary of any rights

otherwise available to a Lender under this Para-

graph 18 or applicable law.————————————

———19. **Condominium Covenants**. If the Property is
———19. **Acuerdos para Régimen de Propiedad Horizontal**. Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded. ————————
flictiva en esta Hipoteca quedará sin efecto. ——————————

———A. So long as the Owners' Association of the
———A. Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta"), mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents', including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
maximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument for the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación del Deudor Hipo-

installment for hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that  the  required coverage is
de cualquier   interrupción de la cubierta de seguro contra

provided  by  the  Owners'  Association  policy.  Bor-
riesgo requerida  y de  cualquier  pérdida  causada  por  riesgo.

rower shall give Lender prompt notice of any  lapse En
caso de distribución  del  producto  del  seguro  contra  ries-

in required  hazard  insurance  coverage and  of any
gos en  lugar de  la restauración  o  reparación  después de una

loss occurring  from  a  hazard.  In the  event  of  a
pérdida sufrida por la Propiedad,  ya sea  en  la  unidad en  condo-

distribution  of  hazard  insurance  proceeds in lieu
minio  o en los  elementos  comunes,  cualquier  cantidad pagadera

of  restoration  or  repair  following  a loss to the
al  Deudor Hipotecario queda por  la presente  cedida  y  será paga-

Property, whether  to  the  Condominium  unit  or  to
dera al Acreedor Hipotecario  para aplicarse  a  las  sumas asegu-

the  common  elements,   any proceeds payable to Bor-
radas por esta  Hipoteca y  cualquier  exceso   será pagadero  a

rower  are  hereby  assigned  and  shall  be  paid to
quien legalmente tenga derecho al mismo. ------------------------

Lender  for application  to  the sums secured by this
-----------------------------------------------------------------

Security  Instrument, with  any  excess  paid  to the
-----------------------------------------------------------------

entity  legally  entitled  thereto. ------------------
-----------------------------------------------------------------

---B.  Borrower  promises  to  pay  all  dues  and
---B.  El  Deudor Hipotecario  promete  pagar  su parte proporcio-

assessments  imposed  pursuant  to  the  legal instru-
nal de los gastos comunes y  derramas  impuestos por la Junta,

ments  creating  and  governing  the  Condominium
según dispuesto en los  reglamentos del  Condominio.----------------

Project. -------------------------------------------------
-----------------------------------------------------------------

---C.  If  Borrower  does  not  pay  condominium dues
---C.  Si  el  Deudor Hipotecario no paga  sus cuotas  de manteni-

and  assessments  when  due,   then  Lender  may  pay
miento  y derramas a  su  vencimiento, el  Acreedor  Hipotecario

them.  Any  amounts disbursed  by  Lender  under this
podrá  pagarlas.  Cualquier  suma desembolsada  por  el  Acreedor

Paragraph  C  shall  become  additional  debt of Bor-
Hipotecario  bajo este  Párrafo  C  se .convertirá  en una deuda

rower secured  by  this  Security  Instrument.   Unless
adicional  del  Deudor Hipotecario asegurada por esta  Hipoteca.

Borrower  and  Lender  agree to  other terms of  pay-
A  menos  que  el  Deudor Hipotecario y  el  Acreedor  Hipotecario

ment,  these  amounts  shall  bear interest from  the
acuerden  otros  términos  de pago, estas  sumas devengarán  interés

date  of  disbursement, at  the  Note's rate and shall
desde  la  fecha del desembolso al tipo  establecido  en el  Pagaré

be  payable, with  interest, upon notice.from  Lender
y  seran  pagaderas, con intereses,  tan  pronto como  el  Acreedor

to Borrower requesting payment.-------------------------
Hipotecario haga requerimiento de pago.--------------------------



---D. In this case Lender may also declare the
---D. En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to-

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no

rower fails to make the monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.—
cario pagaderos al Secretaries. --------------------------

**FIFTH:** Minimum Bidding Amount. In compliance
QUINTO: Tipo Mínimo en Subasta. En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Numero Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución, la cantidad de -----------------------------

auction in case of foreclosure is fixed in the
-----------------------------------------------------------

amount of NINETY TWO THOUSAND SEVEN HUNDRED SEVENTY ONE------
DOLLARS ($92,771.00)----------------------------------------

**SIXTH:** Recording in the Registry of Property.
SEXTO: Inscripción en el Registro de la Propiedad. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados, desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial. --------------------

of this Mortgage, the debt shall become totally
-----------------------------------------------------------

due and Lender may proceed to its judicial collec-
-----------------------------------------------------------

tion. -----------------------------------------------------
-----------------------------------------------------------

**SEVENTH:** Mortgage and Note; Interpretation. The
SÉPTIMO: Hipoteca y Pagaré; Interpretación. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma ingles

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español. --------------------------------

translations. ---------------------------------------------
----------------------------------------------------------

**EIGHT:** Description and Registration Data of the
OCTAVO: Descripción y Datos de Inscripción de la Propiedad .

Property. ---------------------------------------------------

----URBANA: Solar marcado con el **Número Veintinueve
(29) del Bloque "J"** en el plano de inscripción de la
**Urbanización Jardines de Yabucoa,** radicada en el
Barrio Juan Martín del término municipal de Yabucoa,
Puerto Rico, con una cabida superficial de
doscientos cincuenta punto veinte metros cuadrados
(250.20mc). En lindes por el **NORTE,** en distancia de
once punto once metros lineales (11.11ml) con
quebrada denominada Ferrer; por el **SUR,** en distancia
de once punto once metros lineales (11.11ml) con la
Calle Número Nueve (9) de la urbanización; por el
**ESTE,** en distancia de veintidós punto cincuenta y
dos metros lineales (22.52ml) con el Lote Número "J"
Treinta (J-30) de la misma urbanización y por el
**OESTE,** en distancia de veintidós punto cincuenta y
dos metros lineales (22.52ml) con el Lote Número "J"
Veintiocho (J-28) de la misma urbanización.---------

---Enclava una estructura para uso residencial.------

---Afecta en su colindancia **Sur** a Servidumbre
Telefónica de cinco pies (5').---------------------

----Es segregación de la finca 15,058, inscrita al
folio móvil del tomo 263 de Yabucoa, Registro de la
Propiedad de Humacao.----------------------------

---Los Deudores hipotecarios adquirieron la antes
descrita propiedad a virtud de la escritura número ----
Ciento Diecinueve (119) ---------------------------
otorgada en esta misma fecha, ante el Notario --------
Kendall E. Krans Negrón. ---------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

| NINTH: | Borrower (Notary's Personal Knowledge or |
|--------|---|
| NOVENO: | Deudor Hipotecario (Fe Notarial de Conocimiento Perso- |

Form of Identification. -----------------------------
nal o Identificación). -------------------------------

**EDGAR AGOSTO RODRÍGUEZ,** -----------------------------
**EDGAR AGOSTO RODRÍGUEZ,** -----------------------------

of legal age, single, property owner---------------
mayor de edad, soltero, propietario----------------

and resident of Humacao, Puerto Rico.--------------
y vecino de Humacao, Puerto Rico.------------------

---I, the Notary certify that I properly ---------
---Yo, el Notario certifico haberme asegurado de--

identified Borrower in accordance with Article----
la identidad del Deudor Hipotecario conforme a la-

Seventeen (17) of the prevailing Notarial---------
Artículo Diecisiete (17) de la Ley Notarial-------

Law, through Driver's license of Puerto Rico number 4054445
vigente, mediante su licencia de conducir de Puerto Rico —

with photo and signature and given voluntarily. ------------
número 4054445, con foto y firma y entregada voluntariamente.-

-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------
-----------------------------------------------------

**TENTH:** Lender (Notary's Personal Knowledge or
**DECIMO:** Acreedor Hipotecario (Fe Notarial de Conocimiento

Form of Identification). ----------- Lender is --------------
Personal o Identificación). El Acreedor Hipotecario es -------

SANTANDER MORTGAGE CORPORATION, a banking corporation
organized under the Laws of the Commonwealth of Puerto
Rico, with-Employer's Identification number 66-0344464,
herein represented by its Authorized Agents, to me
personally known Lorna Ivette Dos Santos Santos, legal age,
married, property owner and resident of Carolina, Puerto Rico.

----------------------------, duly authorized to appear
herein by Certificate of Corporate Resolution dated
March Twenty Nine (29), two thousand five (2005)
subscribed before notary public Xiomara L.
Cebollero Dávila, affidavit number four hundred
seventy seven (477).----------------------------

----------------------------------------------------------

----------------------------------------------------------

----------------------------------------------------------

----------------------------------------------------------

----------------------------------------------------------

**ELEVENTH:** Homestead Right ; Waiver. To further
**UNDECIMO:** Hogar Seguro; Renuncia. Para mayor garantia de pago

secure payment of the Note, Borrower, in confor-
del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto
del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his
a favor del Acreedor Hipotecario su derecho de hogar seguro so-

homestead and property rights, with all of the
bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or
lidad posee o que pueda poseer en el futuro, expresamente

may in the future possess therein, expressly waiv-
renunciando a favor del Acreedor Hipotecario todos sus titulos,

ing in favor of Lender all of his titles, rights
derechos e intereses de cualquier clase o descripción en la

and interests of any kind or description in the
Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,
mente o en el futuro posea. --------------------------------

which he presently possesses or may in the future
-------------------------------------------------------------

possess. ----------------------------------------------------
-------------------------------------------------------------

----------------------ACCEPTANCE----------------------
----------------------ACEPTACION----------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirely and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las



Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento. Yo, el

saly legal warnings concerning its execution. I,
Notario, adverti a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron. Luego de haber sido leida esta Escritura por los

execution, which right they waived. The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirely,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm the statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mi, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas. ---------

the appearing parties sign this Deed before me,
----------------------------------------------------------------

the Notary, and place their initials on each and
----------------------------------------------------------------

every page of this Deed. -------------------------
----------------------------------------------------------------

---I, the Notary, do hereby certify and attest as
---Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or container in this Deed. ---
lo declarado y contenido en esta Escritura. -----------------





CERTIFICO QUE ES COPIA FIEL Y
EXACTA DEL DOCUMENTO ORIGINAL

NOTARIO PÚBLICO

# ESTUDIO DE TÍTULO

ESTUDIOS DE TÍTULO
SEGUROS DE TÍTULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 761-3012 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está Limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CASO: PAVIA BERMUDEZ DIAZ & SANCHEZ**      **RE: B0015-119**
                                                   **POR: JACKELINE**

**FINCA NÚMERO:** 17,630, inscrita al folio 217 del tomo 283 de Yabucoa, Registro de Humacao.

**DESCRIPCIÓN:**

**URBANA:** Solar marcado con el #29 del bloque J en el plano de inscripción de la Urbanización Jardines de Yabucoa, radicada en el Barrio Juan Martín del término municipal de Yabucoa, Puerto Rico, con una cabida superficial de **250.20 metros cuadrados**. En lindes por el **NORTE**, en distancia de 11.11 metros lineales con quebrada denominada Ferrer; por el **SUR**, en distancia de 11.11 metros lineales con la calle #9 de la urbanización; por el **ESTE**, en distancia de 22.52 metros lineales con el lote número J-30 de la misma urbanización y por el **OESTE**, en distancia de 22.52 metros lineales con el lote número J-28 de la misma urbanización.

Afecta en su colindancia Sur, a servidumbre telefónica de 5 pies.

Enclava edificación.

**TRACTO REGISTRAL:**

Se segrega de la finca #15,058, inscrita al folio 131 del tomo 282 de Yabucoa.

**DOMINIO:**

La finca consta inscrita a favor de EDGAR AGOSTO RODRÍGUEZ, soltero, quien adquiere por compra que hiciera a Desarrolladora Oriental Corporation, por el precio de $98,500.00, según consta de la escritura #119, otorgada en San Juan, el 15 de febrero de 2007, ante el Notario Kendall E. Krans Negrón, inscrito al folio 217 del tomo 283 de Yabucoa, finca #17,630, inscripción 1ra.

**GRAVÁMENES:**

I.    Afecta por su procedencia a:

        Servidumbre a favor de Autoridad de Fuentes Fluviales
        Servidumbre a favor de Autoridad de Energía Eléctrica

II.    Afecta por sí a:

1.    **HIPOTECA:** En garantía de un pagaré a favor de Santander Mortgage Corporation, o a su orden, por la suma de $92,771.00, intereses al 6% anual y a vencer el 1 de marzo del año 2037, según consta de la escritura #61, otorgada en San Juan, el 15 de febrero de 2007, ante la Notario Sheila E. Santos Camacho, inscrito al folio 217 del tomo 283 de Yabucoa, finca #17,630, inscripción 2da.

2.    **HIPOTECA:** En garantía de un pagaré a favor de la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, o a su orden, por la suma de $11,500.00, sin intereses y a vencer el 1 de febrero del año 2015, según consta de la escritura #62, otorgada en San Juan, el 15 de febrero de 2007, ante la Notario Sheila E. Santos Camacho, inscrito al folio 217 del tomo 283 de Yabucoa, finca #17,630, inscripción 3ra.
    Condiciones por 8 ocho años, La Llave para Tu Hogar.

PÁGINA #2
FINCA #17,630

3. Modificada y ampliada la hipoteca que resulta de la inscripción 2da., en cuanto a lo siguiente: se amplia en cuanto a la suma de $4,420.93, la suma principal adeudada será de $97,191.93, el interés anual será de 5.125%; el pago mensual de principal e intereses será de $529.20, comenzando el 1 de junio de 2011 y vence el 1 de mayo de 2041. El mínimo para la primera subasta en caso de ejecución será $97,191.93, según consta de la escritura #334, otorgada en San Juan, el 18 de mayo de 2011, ante el Notario Néstor Machado Cortés; acta de subsanación escritura #627, otorgada en San Juan, el 17 de octubre de 2014, ante el mismo Notario, inscrito al folio 217 del tomo 283 de Yabucoa, finca #17,630, inscripción 4ta.

4. Subordinada la hipoteca de la inscripción 2da., en beneficio de la modificación que resulta de la inscripción 4ta., según consta de la escritura #784, otorgada en San Juan, el 14 de septiembre de 2011, ante el Notario Néstor Machado Cortés; acta de subsanación escritura #628, otorgada en San Juan, el 17 de octubre de 2014, ante el mismo Notario, inscrito al folio 218 del tomo 283 de Yabucoa, finca #17,630, inscripción 5ta.

5. Modificada la hipoteca que resulta de la inscripción 2da., en cuanto a lo siguiente: se amplia en cuanto a la suma de $9,456.57 para un nuevo balance de $106,648.50, el interés será de 4.50%, vence el 1 de enero de 2044, según consta de la escritura #29, otorgada en San Juan, el 29 de enero de 2014, ante el Notario Antonio R. Pavía Vidal; y acta aclaratoria #718, en San Juan, el 9 de diciembre de 2014, ante el mismo Notario, inscrito al folio 218 del tomo 283 de Yabucoa, finca #17,630, inscripción 6ta.

6. **BITÁCORA:** Al asiento 660 del diario 923, el día 13 de noviembre de 2014, se presenta la escritura #175, otorgada en San Juan, el día 9 de junio de 2014, ante el Notario Roberto Luis Varela Ríos, comparece Autoridad para el Financiamiento de la Vivienda de Puerto Rico para subordinar la hipoteca que resulta de la inscripción 3ra. en beneficio de la modificación por $97,191.93. Pendiente de calificación y despacho.
**Se expresa en el documento que la cabida de esta finca es de 250.00 metros cuadrados.**

7. **BITÁCORA:** Al asiento 586 del diario 928, el día 17 de diciembre de 2015, se presenta Demanda de fecha 2 de diciembre de 2015, en el Tribunal de Primera Instancia, Sala Superior de Humacao, caso civil #HSCI2015-01218, por concepto de Cobro de Dinero y Ejecución de Hipoteca por la vía ordinaria, seguido por Banco Popular de PR versus Edgar Agosto Rodríguez t/c/c Edgardo Agosto Rodríguez, por la suma de $97,191.93, intereses al 5.125% y otras sumas. Pendiente de calificación y despacho.

**REVISADOS:**
Registros de Embargos, Sentencias, Contribuciones Federales y Cuaderno de Bitácora Electrónica, el día 29 de marzo de 2016.

**NOTA: Existe un atraso en la entrada de información al sistema electrónico Ágora por el Registro a la fecha en que se realizó este estudio de título. De igual forma el nuevo Sistema Karibe bajo el cual se están digitalizando los libros históricos, presenta un atraso y muchos de los documentos no aparecen o no aparecen legibles en el mismo, por lo anterior no nos hacemos responsables de documentos no encontrados y errores cometidos por el Registro al igual que los atrasos que esto conlleve.**

*EAGLE TITLE AND OTHER SERVICES, INC.*

_____
Firma Autorizada

mcr/cm / **F**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 761-3012 • FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está Limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.