IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-01980 MCF |
| EDGAR AGOSTO RODRIGUEZ | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

**TO THE HONORABLE COURT:**

**COMES NOW, EDGAR AGOSTO RODRIGUEZ,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated November 23, 2016, herewith and attached to this motion.

2. This Plan modification is filed to provide for post-petition mortgage loan arrears owed to Banco Popular de Puerto Rico ("BPPR") to be paid through the Trustee ($2,342.52), pursuant to BPPR's 362 motion for relief from stay, docket entry #28, increasing the Plan base to $17,052, accordingly.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 16-01980 MCF13

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties (Non CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of November, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:

AGOSTO RODRIGUEZ, EDGAR

Debtor(s)

Case No. **3:16-bk-1980**

Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **11/23/2016**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | |
|---|---|---|
| $ 175.00 x 8 = $ | 1,400.00 |
| $ 226.00 x 36 = $ | 8,136.00 |
| $ 376.00 x 6 = $ | 2,256.00 |
| $ 526.00 x 10 = $ | 5,260.00 |
| $ ____ x ____ = $ ____ |

TOTAL: $ **17,052.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **17,052.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: _/s/ Edgar Agosto_
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de P** Cr. **Banco Popular de P** Cr. _____
# **x8410 POC#03** # **Post-pet** # _____
$ **9,222.90** $ **2,342.52** $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**Sistema de Retiro El    Banco Popular de P**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    AEELA
0104-3                               Jose V Toledo Fed Bldg & US Courthouse  PO Box 364508
Case 16-01980-MCF13                  300 Recinto Sur Street, Room 109        San Juan, PR  00936-4508
District of Puerto Rico              San Juan, PR 00901-1964
Old San Juan
Wed Nov 23 10:54:18 AST 2016

AT&T Mobility Puerto Rico, Inc.      Att Services                            BANCO POPULAR DE PUERTO RICO (PBDS B0015-119
%AT&T SERVICES INC.                  PO Box 192830                           PO BOX 362708
KAREN A. CAVAGNARO   LEAD PARALEGAL  San Juan, PR  00919-2830                SAN JUAN, PUERTO RICO 00936-2708
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

Banco Popular de Puerto Rico         EMP. BERRIOS FINANCIERA                 FIRST BANK
Mortgage Servicing Department        P.O. BOX 674                            CONSUMER SERVICE CENTER
PO Box 362708                        CIDRA, PR 00739-0674                    BANKRUPTCY DIVISION - CODE 248
San Juan, PR  00936-2708                                                     PO BOX 9146, SAN JUAN PR 00908-0146

Martinez & Torres Law Offices, PSC   Miguel A Maza Perez & Associates PSC    Operating Partners CO LLC
Carla M Nevarez Perez, Esq.          PO Box 364028                           PO Box 194499
PO Box 192938                        San Juan, PR  00936-4028                San Juan, PR  00919-4499
San Juan, PR  00919-3409

Santander                            Scotiabank De Puerto R                  Sistema de Retiro ELA
PO Box 71504                         PO Box 2394                             PO Box 42003
San Juan, PR  00936-8604             San Juan, PR  00936                     San Juan, PR  00940-2203

Synchrony Bank                       (PBDS) BANCO POPULAR DE PUERTO RICO     EDGAR AGOSTO RODRIGUEZ
c/o of Recovery Management Systems Corp  PO BOX 362708                       JARDINES DE YABUCOA 1029 CALLE ITALIA
25 S.E. 2nd Avenue, Suite 1120       SAN JUAN, PR 00936-2708                 YABUCOA, PR 00767-3124
Miami, FL 33131-1605

JOSE RAMON CARRION MORALES           MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                       OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
SAN JUAN, PR 00902-3884              OCHOA BUILDING                          CAGUAS, PR 00726-0186
                                     500 TANCA STREET  SUITE 301
                                     SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```