UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute of Hearing

**Hearing Information:**

Debtor: EDGAR AGOSTO RODRIGUEZ           Case Number: 16-01980-MCF

Joint Debtor: _____      Chapter: 13

Date / Time / Room: 12-6-2016 at 1:30 PM   Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: MARIBEL MONTALVO

Reporter / ECR: CYBELLE HERNANDEZ

**Matter:**
MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY BANCO POPULAR DE PUERTO RICO AND DEBTOR'S RESPONSE (DKT #28 & #35)

**Appearances:**

Trustee: JOSE CARRION MORALES, Debtor(s)' Attorney: ROBERTO FIGUEROA CARRASG

Movant/Creditor/Others: JOSE SANCHEZ VELEZ

**Proceedings:**

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted by default in favor of movant.

☐ Parties agreed to _____ in _____ days or stay is lifted.

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ Stipulation was filed on _____. The hearing became moot. Clerk is to follow up.

☐ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

☐ Movant's request to issue new summons is granted. Clerk is to issue new summons.

☐ Movant's application to withdraw the motion to lift stay is granted.

☑ A Final Hearing will be scheduled for: January 10, 2017 @ 1:30 pm.

☐ Clerk is to give notice of hearing.  ☑ 30-day determination period waived by movant.

☐ Case converted. Movant is to request new summons, refile its motion for relief of stay and file a certificate of service within 60 days.

☐ Additional Comments: