**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**EDGAR AGOSTO RODRIGUEZ**
**aka EDGAR AGOSTO**

xxx–xx–8145

Debtor(s)

Case No. **16–01980 MCF**

Chapter **13**

FILED & ENTERED ON 12/15/16

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Court Authorization to Incur in Credit filed by Debtor, docket #27.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, December 15, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge